**FILED**

05/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0215

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                                           O R D E R

MATTHEW JASON WELCH,

     Defendant and Appellant.

_____

Daniel V. Biddulph, counsel for Appellant Matthew Jason Welch, has filed a Motion to Withdraw as Welch's counsel and appoint the Appellate Defender Division (ADD) to represent Welch in his appeal.

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

The Appellate Defender Division shall have 30 days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to Appellant Matthew Jason Welch, and to the Appellate Defender Division.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2022